# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DEBORAH V. GREY,**

    **Plaintiff,**

**v.**                                                              Case No.  8:13-cv-411-T-30EAJ

**PROFESSIONAL SURVEYS INC. OF
PINELLAS, INC. and JOSEPH
SACKVILLE, JR.,**

    **Defendants.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant, Walter Joseph Sackville, Jr.'s, Motion to Dismiss Count III of Plaintiff's Complaint (Dkt. 3) and Plaintiff's Response to Defendant Walter Joseph Sackville's Motion to Dismiss Count III of Plaintiff's Complaint (Dkt. 10).  The Court, having reviewed the motion, response, and being otherwise advised in the premises, concludes the motion should be granted.

Plaintiff Deborah Grey filed suit against Defendants Professional Surveys of Pinellas, Inc., and Walter Joseph Sackville, Jr., individually, for three claims: (1) violation of the overtime provisions of the Fair Labor Standards Act ("FLSA") (Count I); (2) retaliation in violation of the FLSA (Count II); and (3) retaliation in violation of the Florida Civil Rights Act (Count III).  All three counts were asserted against both Defendants, including against Defendant Sackville as an individual.

Defendant Sackville moves to dismiss Count III against him because the FCRA only permits a cause of action for retaliation against an "employer." It is well-settled law that individual supervisors, managers, and officers of an "employer" cannot be held personally liable under the FCRA. *See Patterson v. Consumer Debt Mgmt. & Educ., Inc.*, 975 So. 2d 1290, 1291 (Fla. 4th DCA 2008). Plaintiff Grey does not allege that Defendant Sackville is an "employer" within the meaning of the FCRA, and she indicates in her response that she does not object to the relief sought. Accordingly, Count III is dismissed with prejudice as to Defendant Sackville only.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant, Walter Joseph Sackville, Jr.'s, Motion to Dismiss Count III of Plaintiff's Complaint (Dkt. 3) is GRANTED.

2. Count III is dismissed with prejudice as to Defendant Sackville only.

**DONE** and **ORDERED** in Tampa, Florida on March 8, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2013\13-cv-411.mtdismisscount3.frm